UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EXTENDED STAY, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-13764<br><br>(Jointly Administered) |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of Extended Stay Litigation Trust, HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and THE EXTENDED STAY LITIGATION TRUST<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>LIGHTSTONE HOLDINGS, LLC, et al.,<br><br>　　　　Defendants. | Adv. Pro. No. 11-2256<br><br>Case No. 11-cv-05395 (SAS) |

**JOINDER OF MEZZANINE LOAN ASSIGNEE GROUP TO
OPPOSITION OF WACHOVIA BANK, NATIONAL ASSOCIATION AND
THE BLACKSTONE DEFENDANTS TO THE LITIGATION TRUSTEE'S
MOTION TO WITHDRAW THE REFERENCE**

Ashford Hospitality Finance LP, Atlas Ventures I LLC, CL Ventures LLC, ESH Funding LLC, FOA ESH LLC GF ESH LLC, SL Green Funding LLC and WRP ESH LLC (collectively, the "Mezzanine Loan Assignee Group") hereby oppose the motion (the "Motion") of Plaintiffs Walker, Truesdell, Roth & Associates, as Trustee for and on behalf of the Extended Stay Litigation Trust (the "Trust"), and Hobart Truesdell, as Trustee for and on behalf of the Trust (collectively, the "Plaintiff") for an order withdrawing the reference to the bankruptcy court in this adversary proceeding, and in support thereof file this joinder to (i) Wachovia Bank, N.A.'s Opposition to the Trustee's Motions To Withdraw The Reference (filed in Case No. 11-cv-05864 and relating to Adversary Proceeding No. 11-2259) [Docket No. 2] and (ii) the Blackstone

Defendants' Opposition to the Litigation Trustee's Motions to Withdraw the Reference (filed in Case Nos. 11-cv-05394, 11-cv-05396 and 11-cv-05397 and relating to Adversary Proceeding Nos. 11-2254, 11-2255 and 11-2398) [each at Docket No. 5] (collectively, the "<u>Objections</u>"), and in further support thereof respectfully states as follows:

The arguments made in the Objections are directly applicable to the Mezzanine Loan Assignee Group. The Mezzanine Loan Assignee Group concurs with the arguments and assertions set forth in the Objections, and hereby joins the Objections and incorporates those arguments and assertions herein by reference.[1]

## **CONCLUSION**

For the reasons set forth in the Objections, the Mezzanine Loan Assignee Group respectfully requests that the Court deny Plaintiffs' motion for an order withdrawing the reference of Adversary Proceeding No. 11-02256.

Dated: New York, New York
September 9, 2011

Respectfully submitted,
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ David M. Bass
Michael D. Sirota
Stuart Komrower
David M. Bass
900 Third Avenue
Sixteenth Floor
New York, New York  10022
(212) 752-8000
*Attorneys for Defendants Ashford Hospitality Finance LP, Atlas Ventures I LLC, CL Ventures LLC, ESH Funding LLC, FOA ESH LLC, GF ESH LLC, SL Green Funding LLC and WRP ESH LLC*

---

[1] The Mezzanine Loan Assignee Group reserves all rights to assert arguments not raised in the Objections, and to be heard before this Court with respect to any such arguments.

2