UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EXTENDED STAY, INC. *et al.*,<br><br>          Debtors. | Chapter 11 Case No. No. 09-13764 (JMP)<br><br>(Jointly Administered) |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the EXTENDED STAY LITIGATION TRUST,<br><br>HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and<br><br>THE EXTENDED STAY LITIGATION TRUST,<br><br>          Plaintiffs,<br><br>          v.<br><br>LIGHTSTONE HOLDINGS, LLC, LIGHTSTONE COMMERCIAL MANAGEMENT, DL-DW HOLDINGS, LLC, BHAC CAPITAL IV, LLC, ARBOR COMMERCIAL MORTGAGE, LLC, ABT-ESI LLC, MERICASH FUNDING, LLC, PARK AVENUE FUNDING LLC, PRINCETON ESH LLC, BANK OF AMERICA, N.A., J.P. MORGAN COMMERCIAL MORTGAGE INC., ASHFORD HOSPITALITY FINANCE LP, ATLAS VENTURES I LLC, BARTON EQUITIES LLC, BK ESH LLC, CL VENTURES LLC, DEUCE PROPERTIES LIMITED, EBURY FINANCE LIMITED, ESH FUNDING LLC, FIF V ESA HOLDINGS LLC, FIF V ESA LLC, FOA ESH LLC, GF ESH LLC, GRAMERCY WAREHOUSE FUNDING IV LLC, | Adv. Pro. No. 11-2256<br><br>Case No. 1:11-cv-05395 (SAS) |

HOSPITALITY F, LLC, JPMORGAN CHASE BANK, N.A., Individually and in its capacity as administrator, J.P. MORGAN CLEARING CORP., LEGACY ESH LLC, LINE TRUST CORPORATION LIMITED, MERRILL LYNCH MORTGAGE LENDING, INC., MERRILL LYNCH & CO., INC, SFF ESH LLC, SW ESH LLC, SL GREEN FUNDING LLC, and WRP ESH LLC, and DOES 1 through 100, inclusive,

Defendants.

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears as counsel for Plaintiffs Extended Stay Litigation Trust, and Hobart Truesdell and Walker, Truesdell, Roth & Associates, as Trustees of the Extended Stay Litigation Trust. All Notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       September 23, 2011

Respectfully submitted,

**BAKER & HOSTETLER LLP**

/s/ Benjamin D. Pergament
Benjamin D. Pergament
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
bpergament@bakerlaw.com

*Attorneys for Plaintiffs Extended Stay Litigation Trust, and Hobart Truesdell and Walker, Truesdell, Roth & Associates, as Trustees of the Extended Stay Litigation Trust*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Appearance for Benjamin D. Pergament** was filed electronically and served by U.S. First Class mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Benjamin D. Pergament
Benjamin D. Pergament