UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------- x
```

| | |
|---|---|
| *In re*: | : Chapter 11 Case No. |
| | : |
| EXTENDED STAY INC., *et al.*, | : No. 09-13764 (JMP) |
| | : |
| Debtors | : (Jointly Administered) |
| | : |

```
-------------------------------------------------------------------- x
```

| | |
|---|---|
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as | : |
| Trustee for and on behalf of the Extended Stay Litigation | : |
| Trust; HOBART TRUESDELL, as Trustee for and on | : Adv. Pro. No.  11-02256 |
| behalf of the Extended Stay Litigation Trust, and THE | : |
| EXTENDED STAY LITIGATION TRUST, | : Case No. 11-cv-05395 (SAS) |
| | : |
| Plaintiffs, | : **NOTICE OF APPEARANCE** |
| | : |
| -against- | : |
| | : |
| LIGHTSTONE HOLDINGS, LLC, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

```
-------------------------------------------------------------------- x
```

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendants Lightstone Holdings LLC,

Lightstone Commercial Management, DL-DW Holdings, LLC, BHAC Capital IV, LLC, and

Park Avenue Funding, LLC (collectively, the "Lightstone Defendants").

I certify that I am admitted to practice in this Court.

Dated: New York, New York
October 5, 2011

By: __/s/  Adina G. Storch_____
Adina G. Storch, Esq.
(astorch@kasowitz.com)
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for the Lightstone Defendants*