UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

| | |
|---|---|
| *In re*: | : Chapter 11 Case No. |
| | : |
| EXTENDED STAY INC., *et al.*, | : No. 09-13764 (JMP) |
| | : |
| Debtors | : (Jointly Administered) |
| | : |

------------------------------------------------------------------------ x

| | |
|---|---|
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust; HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and THE EXTENDED STAY LITIGATION TRUST, | : : : Adv. Pro. No. 11-02256 : : Case No. 11-cv-05395 (SAS) : |
| Plaintiffs, | : **NOTICE OF APPEARANCE** |
| | : |
| -against- | : |
| | : |
| LIGHTSTONE HOLDINGS, LLC, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

------------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendants Lightstone Holdings LLC, Lightstone Commercial Management, DL-DW Holdings, LLC, BHAC Capital IV, LLC, and Park Avenue Funding, LLC (collectively, the "Lightstone Defendants").

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 5, 2011

                                 By:   /s/  Christopher P. Johnson
                                     Christopher P. Johnson, Esq.
                                     (cjohnson@kasowitz.com)
                                     KASOWITZ, BENSON, TORRES &
                                     FRIEDMAN LLP
                                     1633 Broadway
                                     New York, New York 10019
                                     Tel: (212) 506-1700
                                     Fax: (212) 506-1800

                                     *Attorneys for the Lightstone Defendants*