UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 Case No. |
| | : | |
| EXTENDED STAY INC., *et al.*, | : | No. 09-13764 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------------ x

| | | |
|---|---|---|
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust; HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and THE EXTENDED STAY LITIGATION TRUST, | : : : : : : : | Adv. Pro. No. 11-02256<br><br>Case No. 11-cv-05395 (SAS) |
| Plaintiffs, | : | **NOTICE OF APPEARANCE** |
| | : | |
| -against- | : | |
| | : | |
| LIGHTSTONE HOLDINGS, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendants Lightstone Holdings LLC, Lightstone Commercial Management, DL-DW Holdings, LLC, BHAC Capital IV, LLC, and Park Avenue Funding, LLC (collectively, the "Lightstone Defendants").

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 5, 2011

                                          By:   /s/  Howard W. Schub
                                                Howard W. Schub, Esq.
                                                (hschub@kasowitz.com)
                                                KASOWITZ, BENSON, TORRES &
                                                FRIEDMAN LLP
                                                1633 Broadway
                                                New York, New York 10019
                                                Tel: (212) 506-1700
                                                Fax: (212) 506-1800

                                                *Attorneys for the Lightstone Defendants*