UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 Case No. |
| | : | |
| EXTENDED STAY INC., *et al.*, | : | No. 09-13764 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |

------------------------------------------------------------------------ x

| | | |
|---|---|---|
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust; HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and THE EXTENDED STAY LITIGATION TRUST, | : : : : : : | Adv. Pro. No. 11-02256  Case No. 11-cv-05395 (SAS) |
| Plaintiffs, | : | **NOTICE OF APPEARANCE** |
| -against- | : | |
| LIGHTSTONE HOLDINGS, LLC, *et al.*, | : | |
| Defendants. | : | |

------------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for defendants Lightstone Holdings LLC, Lightstone Commercial Management, DL-DW Holdings, LLC, BHAC Capital IV, LLC, and Park Avenue Funding, LLC (collectively, the "Lightstone Defendants").

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
October 5, 2011

                               By:   /s/ Robert M. Novick
                                  Robert M. Novick, Esq.
                                  (rnovick@kasowitz.com)
                                  KASOWITZ, BENSON, TORRES &
                                  FRIEDMAN LLP
                                  1633 Broadway
                                  New York, New York 10019
                                  Tel: (212) 506-1700
                                  Fax: (212) 506-1800

                                  *Attorneys for the Lightstone Defendants*