UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALKER, TRUESDELL, ROTH &
ASSOCIATES, as Trustee for and on behalf
of the Extended Stay Litigation Trust,

HOBART TRUESDELL, as Trustee for and on
behalf of the Extended Stay Litigation Trust, and,

THE EXTENDED STAY LITIGATION TRUST,

    Plaintiffs,

v.

LINE TRUST CORPORATION LTD. AND DEUCE
PROPERTIES LTD.

    Defendants.

Case No. 1:11-cv-05395 (SAS)

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Deborah H. Devan, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel, for Defendants Line Trust Corporation Limited and Deuce Properties Limited in the above-captioned action.

I am in good standing of the bars in the states of Maryland, the U.S. District Court for the District of Maryland, the U.S. District Court for the District of Columbia, and the U.S. Court of Appeals, Fourth and Second Circuits and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 24, 2011

Respectfully Submitted,

*Deborah H. Devan* (signature)

Deborah H. Devan
Neuberger, Quinn, Gielen,
 Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3282
Telephone / Fax: (410) 332-8522 / (410) 332-8505
Email: dhd@nqgrg.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALKER, TRUESDELL, ROTH &
ASSOCIATES, as Trustee for and on behalf
of the Extended Stay Litigation Trust,

    Case No. 1:11-cv-05395 (SAS)

HOBART TRUESDELL, as Trustee for and on
behalf of the Extended Stay Litigation Trust, and,

THE EXTENDED STAY LITIGATION TRUST,

    Plaintiffs,    **CERTIFICATE OF SERVICE**

v.

LINE TRUST CORPORATION LTD. AND DEUCE
PROPERTIES LTD.

    Defendants.

I HEREBY CERTIFY, on this 24th day of October, 2011, that a copy of the foregoing Motion for Admission, *Pro Hac Vice* of Deborah H. Devan, was mailed, first class mail, postage prepaid with the court and to the following parties:

Bruce D. Pergament, Esquire
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, City, 10111

Marc D. Powers, Esquire
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, City, 10111

Adina G. Storch, Esquire
Kasowitz, Benson, Torres & Friedman, LLP
1501 Broadway, 12th Floor
New York, New York 10036

Christopher P. Johnson, Esquire
Kasowitz, Benson, Torres & Friedman, LLP
1501 Broadway, 12th Floor
New York, New York 10036

Howard W. Schub, Esquire
Kasowitz, Benson, Torres & Friedman, LLP
1501 Broadway, 12th Floor
New York, New York 10036

Robert M. Novick, Esquire
Kasowitz, Benson, Torres & Friedman, LLP
1501 Broadway, 12th Floor
New York, New York 10036

Benjamin S. Kaminetzky, Esquire
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, New York 10017

/s/ Deborah H. Devan
Deborah H. Devan

*311365/4364.1*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust,

HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and,

THE EXTENDED STAY LITIGATION TRUST,

Plaintiffs,

v.

LINE TRUST CORPORATION LTD. AND DEUCE PROPERTIES LTD.

Defendants.

Case No. 1:11-cv-05395 (SAS)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Deborah H. Devan, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars in the states of Maryland, the U.S. District Court for the District of Maryland, the U.S. District Court for the District of Columbia, and the U.S. Court of Appeals, Fourth and Second Circuits; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Deborah H. Devan |
| Firm Name: | Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. |
| Address: | One South Street, 27th Floor |
| City / State / Zip: | Baltimore, Maryland 21202-3282 |
| Telephone / Fax: | (410) 332-8550 / (410) 332-8505 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Line Trust Corporation Limited and Deuce Properties Limited in the above entitled action;

*311365/ 4364.1*

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All atorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>.

Dated: _____

                                            United States District / Magistrate Judge

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighteenth day of December, 1975,*

## Deborah Hunt Devan

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twentieth day of October, 2011.*

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**DEBORAH HUNT DEVAN**

was on the 10TH day of JULY, 1979 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 20, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk