DOC # 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALKER, TRUESDELL, ROTH &
ASSOCIATES, as Trustee for and on behalf
of the Extended Stay Litigation Trust,

    HOBART TRUESDELL, as Trustee for and on
behalf of the Extended Stay Litigation Trust, and,

THE EXTENDED STAY LITIGATION TRUST,

        Plaintiffs,

v.

LINE TRUST CORPORATION LTD. AND DEUCE
PROPERTIES LTD.

        Defendants.

Case No. 1:11-cv-05395 (SAS)

MOTION FOR ADMISSION
PRO HAC VICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/11

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Deborah H. Devan, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel, for Defendants Line Trust Corporation Limited and Deuce Properties Limited in the above-captioned action.

I am in good standing of the bars in the states of Maryland, the U.S. District Court for the District of Maryland, the U.S. District Court for the District of Columbia, and the U.S. Court of Appeals, Fourth and Second Circuits and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 24, 2011

Respectfully Submitted,

*Deborah H. Devan*

Deborah H. Devan
Neuberger, Quinn, Gielen,
  Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3282
Telephone / Fax: (410) 332-8522 / (410) 332-8505
Email: dhd@nqgrg.com

---

Motion Denied. The Clerk of the Court is directed to close this motion. (Docket no. 17)

SO ORDERED

10/31/11

*Shira A. Scheindlin*
USDJ