UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALKER, TRUESDELL, ROTH &
ASSOCIATES, as Trustee for and on behalf
of the Extended Stay Litigation Trust,

   HOBART TRUESDELL, as Trustee for and on
behalf of the Extended Stay Litigation Trust, and,

THE EXTENDED STAY LITIGATION TRUST,

          Plaintiffs,
v.

LINE TRUST CORPORATION LTD. AND DEUCE
PROPERTIES LTD.

                Defendants.

Case No. 1:11-cv-05395 (SAS)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Deborah H. Devan, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars in the states of Maryland, the U.S. District Court for the District of Maryland, the U.S. District Court for the District of Columbia, and the U.S. Court of Appeals, Fourth and Second Circuits; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Deborah H. Devan |
| Firm Name: | Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. |
| Address: | One South Street, 27th Floor |
| City / State / Zip: | Baltimore, Maryland 21202-3282 |
| Telephone / Fax: | (410) 332-8550 / (410) 332-8505 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Line Trust Corporation Limited and Deuce Properties Limited in the above entitled action;

*311365/ 4364.1*

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All atorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 11/7/11

_____
United States District/Magistrate Judge

*311365/4364.1*